**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **MICHAEL HUNTER** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:15-CV-00845-GAP-TBS |
| | ) | |
| v. | ) | |
| | ) | |
| **ADP SCREENING AND SELECTION SERVICES, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

NOW COMES counsel for the Plaintiff, Michael Hunter, and submits this Motion to Appear Pro Hac Vice on behalf of Erin A. Novak, showing this Honorable Court as follows:

1. Erin A. Novak is a resident of the Commonwealth of Pennsylvania and is a member in good standing of the Pennsylvania bar and a member of the bar of the U.S. District Court for the Eastern District of Pennsylvania.

2. Ms. Novak does not regularly make appearances in cases in Florida to a degree constituting the regular practice of law in this state.

3. To the knowledge of Ms. Novak, there are no pending or past disciplinary actions involving Ms. Novak that would make her ineligible to practice before this Court.

4. Ms. Novak is familiar with the Federal Rules of Civil Procedure and has familiarized herself with the Local Rules for the Middle District of Florida.

5. The undersigned counsel, Michael Tierney, is a member in good standing of the Florida bar and of the bar of this Court.

6. The undersigned counsel, Michael Tierney, hereby consents to serve and be

designated as local counsel of record in this action.

WHEREFORE, Plaintiffs respectfully pray for the following relief:

(A)   That this Court permit Erin A. Novak to appear *pro hac vice* in this action; and

(B)   That this Court grant such other and further relief as is just and proper.

Respectfully submitted,

/s/ Michael Tierney
Michael Tierney
Florida Bar No.643475
Attorney for Plaintiff

Michael Tierney, P.A.
918 Beard Avenue
Winter Park, FL 32789
Tele. 407.740.0074
Fax. 407.740.0079
michael@tierneylaw.us